# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### SAVANNAH    DIVISION

| | | |
|---|---|---|
| ANGELA STRICKLAND et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | Case No.  CV416-051 |
| | ) | |
| TRISTAR PRODUCTS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## O R D E R

The Court having reviewed and considered the petition of Frank C. Bedinger of the law firm of Hawkins Parnell Thackston & Young LLP, 303 Peachtree Street, N.E., Suite 4000, Atlanta, Georgia 30308 for permission to appear pro hac vice on behalf of defendant Tristar Products, Inc., in the above-captioned case,

Said request is hereby GRANTED and the Clerk is DIRECTED to enter Frank C. Bedinger as counsel of record for defendant Tristar Products, Inc., in this case.

**SO ORDERED** this ___7th___ day of April, 2016.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA